1

2                                                            ENTERED
                                                             JS-6
3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   STEVEN SINOHUI,                    )    Case No.  EDCV 10-908 RNB
                                        )
12               Plaintiff,             )        **J U D G M E N T**
                                        )
13        vs.                           )
                                        )
14                                      )
     MICHAEL J. ASTRUE,                 )
15   Commissioner of Social Security,   )
                                        )
16               Defendant.             )
     _____)

17

18        In accordance with the Order Reversing Decision of Commissioner and

19   Remanding for Payment of Benefits filed herewith,

20        IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social

21   Security is reversed and this matter is remanded for the payment of benefits.

22

23   DATED:  March 18, 2011

24

25                                      _____

26                                      ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE

27

28