LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEVEN SINOHUI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No. EDCV 10-908 RNB<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS AND 00/100 ($4,850.00) subject to the terms of the stipulation.

DATE: May 17, 2011     _____

                             HON. ROBERT N. BLOCK
                             UNITED STATES MAGISTRATE JUDGE